UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION -FLINT

UNITED STATES OF AMERICA,

        Plaintiff,        CASE NO.: 4:99-CR-50088-4FL

vs.        HON. PAUL V. GADOLA
        MAG. JUDGE WALLACE CAPEL, JR.

CLARK DWAYNE CANTRELL, JR.,

        Defendant.
_____/

## ORDER OF DETENTION
## PENDING REVOCATION PROCEEDINGS

    The Defendant appeared before the Court on October 30, 2006, based upon a Petition and Warrant for violation of his conditions of supervised release, filed on February 21, 2002.

    The Defendant is charged with violation of Special Condition Number One by being unsuccessfully discharged from his drug treatment program at Auburn Counseling because of poor attendance. Violation of Standard Condition Number Two by failing to report to the Probation Department as required, and for failing to file his monthly report as required.

    The report of the Probation Officer in this matter indicates that the Defendant began his term of supervised release on January 9, 2001.

    Based upon the information presented at the hearing, it appears that the Defendant has failed to comply with the terms of supervised release by not complying with his drug treatment program resulting in his being discharged from that program. It further appears that the Defendant failed to report to his supervising officer as required. The record indicates that he has not reported since March, 2001.

Accordingly, I find that based on the foregoing information, the Defendant poses a risk of flight. The Defendant shall be detained without bond in this matter pending further proceedings before the district court judge.

The Defendant is hereby remanded to the custody of the United States Marshal.

**IT IS SO ORDERED.**

**DATED: October 31,2 006**  s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2006, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send such notification of such filing to the following: Robert W. Haviland, AUSA, James C. Mitchell, AUSA, Kenneth R. Sasse, Esq., and I hereby certify that I have mailed by United States Postal Service/hand delivered the paper to the following non-ECF participants: United States Marshal, 600 Church St., Flint, Michigan 48502, Probation Officer, 600 Church St., Flint, Michigan 48502

s/ James P. Peltier
James P. Peltier
Courtroom Deputy Clerk
U.S. District Court
600 Church St.
Flint, MI 48502
810-341-7850
pete_peltier@mied.uscourts.gov